AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

PAUL G. LITTLE

**WARRANT FOR ARREST**

REDACTED

CASE NUMBER: 05- /14m-MPT.

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest PAUL G. LITTLE when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging the Defendant with** (brief description of offense),

attempting to knowingly manufacture LSD, a controlled substance,

in violation of Title __21__ United States Code, Section (s) __846 and 841(a)(1) and (b)(1)(B).__

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

September 19, 2005   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
Paul Little

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-19-05 | for DEA | [signature] |
| DATE OF ARREST | William David, DUSM | William David |
| 9-19-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __PAUL G. LITTLE__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____.982_____

SOCIAL SECURITY NUMBER: _       -8230_____

HEIGHT: _____  WEIGHT: _____

SEX: __M__    RACE: __Caucasian__

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____