IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05 – 87 |
| PAUL G. LITTLE, | : | |
| Defendant. | : | REDACTED |

INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

COUNT I

From in or about June of 2005, through September 16, 2005, in the State and District of Delaware, the defendant herein, PAUL G. LITTLE, did knowingly attempt to manufacture one gram or more of mixtures and substances containing a detectable amount of lysergic acid diethylamide, commonly known as "LSD," a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846.

A TRUE BILL:


Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: September 27, 2005