IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CR CASE  05-87-JJF |
| PAUL G. LITTLE | ) PLEASE DIRECT ALL INQUIRIES |
| | ) TO 573-6128 |
| Defendant. | ) |

### NOTICE TO APPEAR

Please note that the **ARRAIGNMENT** for the above captioned case has been **RESCHEDULED** for **October 20, 2005 at 1:00 p.m.** before the Honorable Mary Pat Thynge in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 10/11/05

cc: AUSA, Adam Safwat, Esq.
    Christopher S. Koyste, Esq.
    U. S. Marshal's Service
    U.S. Probation



FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE