IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  PAUL G. LITTLE    CASE NO.  CR 05-87-JJF

The defendant,  PAUL G. LITTLE , having been scheduled for arraignment on  OCTOBER 6, 2005  and a continuance having been made by the  COURT  or the following reason;  DUE TO SCHEDULING CONFLICTS . The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued  OCTOBER 13, 2005 

( 2) The period between  OCTOBER 6, 2005  and  OCTOBER 13, 2005  shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 10/20/05                              *[signature: Mary Pat Thynge]*