IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  PAUL G. LITTLE   CASE NO.  CR 05-87-JJF

The defendant,  PAUL G. LITTLE , having been scheduled for arraignment on  OCTOBER 13, 2005  and a continuance having been made by the  COURT  or the following reason;  DUE TO SCHEDULING CONFLICTS . The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued  OCTOBER 20, 2005 

(2) The period between  OCTOBER 13, 2005  and  OCTOBER 20, 2005  shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 10/20/05

_____