UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-087-JJF |
| | ) | |
| PAUL G. LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION TO WAIVE THE APPLICATION OF THE SPEEDY TRIAL ACT</u>**

Defendant, Paul G. Little, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court to exclude 45 days from the Speedy Trial Act calculations to allow the Defense additional time to receive full discovery. Counsel submits the following in support thereof:

1. Mr. Little was indicted on September 27, 2005 for one count of attempting to manufacture one gram or more of lysergic acid diethylamide (LSD) in violation of Title 21 U.S.C. Sections 841(a)(1) and (b)(1)(B) and 846. Pre-trial motions are due on December 8, 2005.

2. The Defense has to date not received full discovery and is awaiting receipt of additional documents from the Drug Enforcement Agency's laboratory. Mr. Little needs an additional 45 additional time to review discovery and investigate the allegations in this action. Mr. Little hereby moves for the exclusion of 45 days as calculated by the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1), and asserts that such a time exclusion in the interests of justice.

3. AUSA Adam Saftwat does not oppose this request for a 45 day exclusion from the Speedy Trial Act.

WHEREFORE, Mr. Little respectfully requests the Court to issue an order allowing 45 days to be excluded from the Speedy Trial Act calculations.

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Paul G. Little

Dated: December 7, 2005

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion to Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on December 7, 2005 to:

Adam Safwat, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801


   /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Paul G. Little