UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-087-JJF |
| | ) | |
| PAUL G. LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ____ day of December, 2005, that Defendant's Motion is **GRANTED** and that 45 days are excluded from the Speedy Trial Act calculations from December 8, 2005, to January 22, 2006.

_____
Judge Joseph J. Farnan, Jr.


cc:   AUSA Adam Safwat
      AFPD Christopher Koyste

### **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this proposed Order to Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on December 7, 2005 to:

>Adam Saftwat, Esq.
>United States Attorney's Office
>1007 Orange Street, Suite 700
>Wilmington, DE 19801

>/s/ Christopher S. Koyste
>Christopher S. Koyste, Esquire
>Assistant Federal Public Defender
>First Federal Plaza
>704 King Street, Suite 110
>Wilmington, DE 19801
>Attorney for Adam Safwat