IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-87-JJF |
| | ) | |
| PAUL G. LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO EXCLUDE TIME

The United States of America, through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and the defendant, PAUL G. LITTLE, through his attorney, Christopher S. Koyste, hereby stipulate as follows:

1. Discovery has taken additional time in this case because of the necessity of obtaining underlying technical data from the DEA's Northeast Regional Laboratory.

2. The discovery in this case involves complicated chemistry issues that require additional examination by the defense.

3. The parties are attempting to schedule a safety-valve proffer with chemists from the DEA's Northeast Regional Laboratory. The parties are attempting to do so within the context of plea negotiations. The parties require additional time to complete the proffer.

/ / /

4. The parties move to exclude time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, for an additional 45 days, in the interests of justice.

_____  
Christopher S. Koyste,  
Attorney for Defendant  

Dated: February 6, 2006

COLM F. CONNOLLY  
United States Attorney  

BY: _____  
Adam Safwat  
Assistant U.S. Attorney  

Dated: February 6, 2006

\* \* \*

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

An additional 45 days from the date of this Order shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 *et seq.*).

Date: February _____, 2006

_____  
THE HONORABLE JOSEPH J. FARNAN, JR.  
UNITED STATES DISTRICT JUDGE