## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
    v.                       )    Criminal Action No. 05-87-JJF
                             )
PAUL G. LITTLE,              )
                             )
            Defendant.       )

## STIPULATION TO EXCLUDE TIME

The United States of America, through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and

the defendant, PAUL G. LITTLE, through his attorney, Christopher S. Koyste, hereby stipulate

as follows:

1.      Discovery has taken additional time in this case because of the necessity of

obtaining underlying technical data from the DEA's Northeast Regional Laboratory.

2.      The discovery in this case involves complicated chemistry issues that require

additional examination by the defense.

3.      The parties are attempting to schedule a safety-valve proffer with chemists from

the DEA's Northeast Regional Laboratory.  The parties are attempting to do so within the

context of plea negotiations.  The parties require additional time to complete the proffer.

/ / /

4.     The parties move to exclude time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, for an additional 45 days, in the interests of justice.

COLM F. CONNOLLY
United States Attorney

_____          BY: _____
Christopher S. Koyste,                         Adam Safwat
Attorney for Defendant                         Assistant U.S. Attorney

Dated: February 6, 2006                        Dated: February 6, 2006

* * *

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

An additional 45 days from the date of this Order shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 *et seq.*).

Date: February 9, 2006          _____
                                THE HONORABLE JOSEPH J. FARNAN, JR.
                                UNITED STATES DISTRICT JUDGE