IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-87 JJF |
| PAUL LITTLE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Information against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Monday, July 24, 2006, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 27, 2006
DATE

UNITED STATES DISTRICT JUDGE