IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-87-JJF |
| | ) | |
| PAUL LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Adam Safwat as attorney of record for the United States, and enter the appearance of Christopher J. Burke, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

BY: _____/s/_____
      Christopher J. Burke
      Assistant United States Attorney
      Nemours Building, Suite 700
      1007 Orange Street
      P.O. Box 2046
      Wilmington, DE 19899-2046
      302-573-6277, x142

Dated: June 11, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-87-JJF |
| | ) | |
| PAUL LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 11th day of June 2006, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was delivered electronically via CM/ECF to counsel of record as follows:

Christopher Koyste
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

                                     /s/
                           Christopher J. Burke
                           Assistant United States Attorney