IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-87 JJF |
| PAUL LITTLE, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Information against him in this Court,

WHEREAS, the Government and Defendant's counsel request the defendant's sentencing scheduled for July 24, 2006 be rescheduled to an earlier date;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Friday, July 7, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 27, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE