IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Action No. 05-87-JJF |
| PAUL G. LITTLE, | ) ) | |
| Defendant. | ) ) | |

### MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss the Indictment in this case, pursuant to the terms of the signed Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

By: /s/
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142

Dated: July 10, 2006

**IT IS SO ORDERED** this 10 day of July, 2006.

Honorable Joseph J. Farnan, Jr.
United States District Court Judge