PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. **1:05CR00087-001 (JJF)** |
| Paul Little | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>John G. Selvaggi</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Paul Little, who was placed on supervision by the Honorable <u>Joseph J. Farnan, Jr.</u>, sitting in the court at <u>Wilmington</u> on the <u>7th</u> day of <u>July, 2006,</u> who fixed the period of supervision at <u>3 years</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay any financial penalty that is imposed by this Judgment, and that remains unpaid at the commencement of the term of supervised release.
2. The defendant shall participate in a mental health treatment program, at the direction of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Through meetings with his supervising U.S. Probation Officer, the defendant believes he is in need of substance abuse counseling, and that he should totally abstain from the use of alcohol and/or all other intoxicants.

PRAYING THAT THE COURT WILL ORDER that the conditions of supervised release be modified, and that an additional condition of supervised release be imposed as follows: "The defendant shall participate in a program of substance abuse aftercare at the direction of the probation officer. Further, the defendant shall totally abstain from the use of alcohol and/or all other intoxicants both during and after completion of any treatment program. The defendant shall contribute to the costs of the program (copayment) as directed by the probation officer."

ORDER OF COURT

Considered and ordered this 26 day of September, 2006.

_U.S. District Judge_

Under the penalty of perjury I declare the foregoing is true and correct:

Deputy Chief U.S. Probation Officer

Place    Wilmington, Delaware

Date    September 22, 2006