**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

October 27, 2006

**ROBERT D. DENNIS**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

**Mailing Address:**
Office of the Clerk
200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000
Fax (405) 609-5099
Website: www.okwd.uscourts.gov

United States District Court
District of Delaware
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware   19801-3519

RE: Transfer of Jurisdiction
    USA vs Paul Little
    CR-06-253-F

Dear Clerk:

Enclosed is the original of the Transfer of Jurisdiction Form. We would appreciate receiving certified copies of the Indictment, Judgment and Commitment Order and Docket Sheet from your file Case number 1:05CR00087-001 (JJF).

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Thank you,

ROBERT D. DENNIS
CLERK OF THE COURT

*Hellen McKenzie*
Hellen McKenzie
Deputy Clerk

Enc. (3)

cc: US Probation
    US Marshal
    US Attorney (Financial Litigation Unit)

FILED
NOV 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE