| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:05CR00087-001 (JJF) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR 06-253-F |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Paul Little<br><br>Choctaw, Oklahoma 73020 | Delaware | Wilmington |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Joseph J. Farnan, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 7, 2006   TO July 6, 2009 |

**REDACTED**

| OFFENSE |
|---|
| Knowingly Attempting to Manufacture LSD |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Oklahoma upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 26, 2006
Date

*/s/ Joseph J. Farnan Jr.*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/20/06
Effective Date

United States District Judge

FILED
OCT 23 2006
ROBERT D. DENNIS
U.S. DIST. COURT WESTERN DIST OF OKLA
BY _____ DEPUTY



FILED
NOV 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE