OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

December 14, 2006

**FILED**

DEC 1 8 2006

ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA.
BY_____DEPUTY

Clerk of Court
Western District of Oklahoma
200 N.W. 4th Street
Room# 1210
Oklahoma City, OK 73012

RE: UNITED STATES v. Paul G, Little; CR 06-253-F
<u>Transfer of Jurisdiction</u>
<u>DIST. OF DELAWARE CASE NO.</u>  CR 05-87-JJF

Dear Clerk:

Pursuant to the Transfer of Jurisdiction Order (copy attached) regarding the above captioned defendant, please find enclosed certified copies of the following: 1.) Indictment, 2.) Judgment and 3.) Docket Sheets.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

Thank you for your attention regarding this matter.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
Deputy Clerk

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/kjk
enclosures

I hereby acknowledge receipt of the record in the above captioned matter on  12-18-06  .
                              (date)

_____
Signature and Title

**OFFICE OF THE CLERK**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
200 N.W. 4TH STREET
OKLAHOMA CITY, OKLAHOMA 73102-3092

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

OKLAHOMA CITY OK 731
19 DEC 2006

U.S.M.S.
X-RAY

U. S. District Court
Lockbox 18
844 King Street
Wilmington, Delaware
19801